James Gonzales # D-68831
P.O. Box 1031
California Correctional Institution
Tehachapi, California 93581

ORIGINAL
FILED

07 OCT 31 PM 4:43

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Gonzales,          )
        Plaintiff,       )          CASE NO. CV-07-3978 JW
                         )
    vs.                  )
A. Valdez, Ruiz, et.al   )          NOTICE OF CHANGE
          Defendants,    )          OF ADDRESS (PLAINTIFF)
                         )

_____

    In the above entitled matter I would like
To notify the court of my new address:
        James Gonzales # D-68831
        P.O. Box 1031
        California Correctional Institution
        Tehachapi, California 93581

                              Respectfully,

DATE: October 29, 2007        James Gonzales
                                   Plaintiff.

(Notice of Address)                    1.